IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| ALBRIGHT, CHERI L | ) | |
| ALBRIGHT, CHERYL | ) | CASE NO. 06-00999 |
| | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| Debtor | ) | |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant: Alan D. Lasko & Associates, P.C.

Authorized to Provide
Professional Services to: Trustee

Date of Order Authorizing Employment: 3/15/07

Period for Which
Compensation is sought: 3/15/07 – 6/22/07

Amount of Fees sought: $1,644.30

Amount of Expense
Reimbursement sought: $11.24

This is an:      Interim Application _____      Final Application X

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:
$0.00

Date: 4/6/10               By: Alan D. Lasko & Associates, P.C.
                               Applicant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Estate of Cheri L. Albright | ) | No. 06 B 00999 |
| | ) | |
| 13-7547659 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Pamela S. Hollis |

FIRST AND FINAL APPLICATION
OF ALAN D. LASKO & ASSOCIATES, P.C.
FOR ALLOWANCE COMPENSATION AND EXPENSES

ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C., Certified Public Accountants, request first and final compensation of $1,644.30 and expenses of $11.24 for the time period from March 15, 2007 through June 22, 2007. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached as Exhibit A is the Affidavit pursuant to Bankruptcy Rule 2016.

## GENERAL

The Debtor filed a petition under Chapter 7 of the Federal Bankruptcy Code on or about February 6, 2006 and a Trustee was then appointed. On March 15, 2007, Alan D. Lasko & Associates, P.C. was approved by the Court issued as the accountants for the Trustee. Reflected in this fee petition is the Applicant's time for the preparation of the Estate's year 2006 income tax returns.

**ESTATE OF CHERI L. ALBRIGHT**

A recap of compensation requested is as follows:

|  | Amount |
|---|---|
| Billing | $ 102.00 |
| Year-End Work | 1,542.30 |
|  | $ 1,644.30 |

The following represents a description of the primary individuals in this engagement.

Alan D. Lasko – CPA, CIRA

Mr. Lasko has worked primarily in the bankruptcy field over the last 22 years. He brings his 32 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA). Mr. Lasko is also a member of the American Bankruptcy Institute, the National Association of Bankruptcy Trustees, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

ESTATE OF CHERI L. ALBRIGHT

James Delahunt, JD, CPA, MST – Tax Manager

Mr. Delahunt has worked primarily in the field of taxation for over 27 years. He has worked in most areas of taxation, including but not limited to, business returns, individual returns, as well as estates and trusts. Mr. Delahunt has worked in the field of insolvency during this time period as well. Mr. Delahunt is an attorney and a certified public accountant and has his Masters in Taxation. He is a member of the American Bar Association, American Institute of Certified Public Accountants and Illinois CPA Society.

Susan J. Kilgore, CPA – Manager

Ms. Kilgore has 30 years of experience working as a manager and staff person in public accounting. She has worked for a large and small accounting firm over this period. She has substantial experience working primarily with commercial accounts of all sizes performing audits and year-end accounting and tax preparation. She also has worked with a variety of different types of for-profit and not-for-profit companies. She has an undergraduate degree in accounting and achieved the National Honor Society for Business Administration while in school. She is a certified public accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

Connie Lee – Staff Accountant

Ms. Lee is a first-year staff person performing accounting and tax services. Ms. Lee has a Bachelor of Accounting from DeVry University.

3

ESTATE OF CHERI L. ALBRIGHT

## STAFF – SUPERVISORS, SENIORS AND ASSISTANTS

### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

## **BREAKDOWN BY CATEGORIES**

The categories in this Application as listed below:

### BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

        Cost                $102.00

4

**ESTATE OF CHERI L. ALBRIGHT**

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $ 235.00 | $ 47.00 |
| C. Wilson, Staff | 1.0 | 55.00 | 55.00 |
|  | 1.2 |  | $ 102.00 |

YEAR-END WORK

The Applicant incurred 11.3 hours in preparation of the Estate's 2006 (initial) workpapers and year-end tax returns.

The work also included the following:

- Summarized Trustee's cash receipts and disbursements.
- Prepared Internal Revenue Service 60-day determination letters for 2006.
- Estimated time to prepare Estate's final information tax returns.

Cost  $1,542.30

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 3.1 | $ 235.00 | $ 728.50 |
| S. Kilgore, Manager | 1.2 | 175.00 | 210.00 |
| D. Borman, Staff | 0.3 | 92.00 | 27.60 |
| C. Lee, Staff | 6.7 | 86.00 | 576.20 |
|  | 11.3 |  | $ 1,542.30 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

5

ESTATE OF CHERI L. ALBRIGHT

|                  |       |   |       |
|------------------|-------|---|-------|
| Owner            | $185  | - | $235  |
| Manager/Director | 150   | - | 185   |
| Supervisors      | 130   | - | 150   |
| Senior           | 110   | - | 130   |
| Assistant        | 40    | - | 110   |

## EXPENSES

$11.24

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested first and final compensation of $1,644.30 and expenses of $11.24 should be allowed for services by your Applicant for the period March 15, 2007 through June 22, 2007.

_____
Alan D. Lasko


Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois  60603
(312) 332-1302

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Estate of Cheri L. Albright | ) No. 06 B 00999 |
| | ) |
| 13-7547659 | ) Chapter 7 |
| Debtor | ) |
| | ) Hon. Pamela S. Hollis |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
             ) SS.
COUNTY OF COOK )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1. I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Karen R. Goodman, Chapter 7 Trustee in this case ("Trustee").

2. I have read the first and final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. Lasko has not previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this 24th day of June, 2007.

_____
Notary Public

OFFICIAL SEAL
CYNTHIA E. LASKO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-6-2010

7

```
=======================================Selection Criteria=======================================
Date range           :All
Slip numbers         :All
User                 :All
Client               :Albright              :Albright.002           :Albright.012
Activity:2           :All
Custom Fields        :All
Reference            :All
Slip status          :Billed slips and transactions excluded
Other options        :
  Print Bills that are "paid in full"      :Yes
  Include transactions outside date range  :Yes
  Print Bills with no activity             :Yes
```

```
Nickname 1       : Albright.002     Nickname 2: 2678
Address          : Estate of Cheri L. Albright
                   c/o Karen R. Goodman, Trustee
                   111 E. Wacker Drive
                   Suite 2800
                   Chicago, IL 60601-3713
In reference to: tax prep
Rounding         : None
Full Precision   : No

Last bill        :
Last charge      : 6/19/07
Last payment     :                    Amount     :        $0.00
Arrangement      : Time Charges: From slips.
                 : Expenses: From slips.
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| 4/17/07 #55861 | D. Borman / 800<br>Prepared 2006 extension | 0.30<br>92.00 | 27.60 | |
| 4/17/07 #55886 | S. Kilgore / 800<br>Review extensions | 0.10<br>175.00 | 17.50 | |
| 6/9/07 #56769 | A. Lasko / 800<br>review of file and prepared doc request to trustee for tax work to do | 0.40<br>235.00 | 94.00 | |
| 6/13/07 #56795 | A. Lasko / 800<br>review of additional data received from trustee and prepared updated information request for tax prep of estate | 0.40<br>235.00 | 94.00 | |

Albright.002   :Estate of Cheri L. Albright (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| 6/14/07 #56844 | C. Lee / 800<br>prepared workpapers and tax returns for year 2006. | 3.50<br>86.00 | 301.00 | |
| 6/14/07 #56853 | S. Kilgore / 800<br>Review year end workpapers and tax return, 2006, first draft | 1.10<br>175.00 | 192.50 | |
| 6/18/07 #56864 | A. Lasko / 800<br>review of additonal material received from trustee and trustee's assistant and set up for additonal work for staff to prepare estate's tax return. | 0.60<br>235.00 | 141.00 | |
| 6/18/07 #56869 | A. Lasko / 800<br>review of corrections made to workpapers and tax returns | 0.70<br>235.00 | 164.50 | |
| 6/18/07 #56874 | C. Lee / 800<br>made changes to 2006 workpapers and tax returns. | 1.80<br>86.00 | 154.80 | |
| 6/19/07 #56897 | A. Lasko / 800<br>preparation of irs 60 day letter | 0.20<br>235.00 | 47.00 | |
| 6/19/07 #56898 | A. Lasko / 800<br>sign off of federal and state income tax returns and irs 60 day copy and letter | 0.40<br>235.00 | 94.00 | |
| 6/19/07 #56901 | C. Lee / 800<br>Estimated time to prepare estate's final information tax returns and cover letter to trustee | 1.40<br>86.00 | 120.40 | |
| 6/19/07 #56902 | A. Lasko / 800<br>Estimated time to review estate's final information tax returns and cover letter to trustee | 0.40<br>235.00 | 94.00 | |
| TOTAL BILLABLE TIME CHARGES | | 11.30 | | $1,542.30 |

| Date/Slip# | Description | QTY/PRICE | | |
|---|---|---|---|---|
| 6/19/07 #56899 | A. Lasko / $105<br>postage - mailed returns to trustee | 1<br>2.84 | 2.84 | |

Albright.002    :Estate of Cheri L. Albright (continued)

| Date/Slip# | Description | QTY/PRICE | | |
|---|---|---|---|---|
| 6/19/07<br>#56900 | A. Lasko / $115<br>photocopy costs - 84 @ $.10 re:<br>copies of federal and state tax<br>returns and irs 60 day copy and letter | 1<br>8.40 | | 8.40 |

| | |
|---|---|
| TOTAL BILLABLE COSTS | $11.24 |
| TOTAL NEW CHARGES | $1,553.54 |
| NEW BALANCE | |
| New Current period | 1,553.54 |
| TOTAL NEW BALANCE | $1,553.54 |

Case 06-00999    Doc 69    Filed 05/13/10    Entered 05/13/10 15:36:08    Desc Main
                 Document      Page 12 of 12

```
Nickname 1        : Albright.012      Nickname 2: 2679
Address           : Estate of Cheri L. Albright
                    c/o Karen R. Goodman, Trustee
                    111 E. Wacker Drive
                    Suite 2800
                    Chicago, IL 60601-3713
In reference to: fee petition
Rounding          : None
Full Precision    : No

Last bill         :
Last charge       : 6/23/07
Last payment      :                    Amount   :        $0.00
Arrangement       : Time Charges: From slips.
                  : Expenses: From slips.
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| 6/23/07 #57004 | C. Wilson / 800 preparation of fee petition | 1.00 55.00 | 55.00 | |
| 6/23/07 #57005 | A. Lasko / 800 preparation of fee petition | 0.20 235.00 | 47.00 | |
| TOTAL BILLABLE TIME CHARGES | | 1.20 | | $102.00 |
| TOTAL BILLABLE COSTS | | | | $0.00 |
| TOTAL NEW CHARGES | | | | $102.00 |

NEW BALANCE

| New Current period | 102.00 |
|---|---|
| TOTAL NEW BALANCE | $102.00 |