|  |  |
|---|---|
| The Honorable: | PAMELA S. HOLLIS |
| Chapter 7 | |
| Location: | Room 644 |
| Hearing Date: | 06/15/2010 |
| Hearing Time: | 10:30 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | ALBRIGHT, CHERI L | § | Case No. 06-00999 |
|---|---|---|---|
| | ALBRIGHT, CHERYL | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 06/15/2010 in Courtroom 644, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/13/2010    By:    /s/KAREN R. GOODMAN
                                    Trustee

KAREN R. GOODMAN
Shefsky & Froelich Ltd.
111East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
(312) 527-4000

**UST Form 101-7-NFR (9/1/2009)**

KAREN R. GOODMAN  
SHEFSKY & FROELICH, LTD  
111 East Wacker Drive  
SUITE 2800  
CHICAGO, IL 60601  
(312) 527-4000  

The Honorable: PAMELA S. HOLLIS  
Chapter 7  
Location: Room 644  
Hearing Date: 06/15/2010  
Hearing Time: 10:30  
Response Date: / /  

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: ALBRIGHT, CHERI L § Case No. 06-00999  
ALBRIGHT, CHERYL §  
§  
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $     79,631.91

*and approved disbursements of*            $     52,797.65

*leaving a balance on hand of* [1]          $     26,834.26

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*          *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | KAREN R. GOODMAN | $ 2,500.00 | $ 35.50 |
| *Attorney for trustee* | SHEFSKY & FROELICH LTD. | $ 4,000.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | ALAN D. LASKO | $ 1,644.30 | $ 11.24 |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*
N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 49,326.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4 | Krol, James DDS | $ 1,196.85 | $ 147.46 |
| 5 | Recovery Management Systems Corporation | $ 140.40 | $ 17.30 |
| 6 | Gary Kurc | $ 6,270.00 | $ 772.50 |
| 7 | Amalgamated Bank of Chicago | $ 2,468.05 | $ 304.08 |
| 8 | Citibank/ CHOICE | $ 12,278.35 | $ 1,512.76 |
| 9 | Unicorp Federal CU | $ 9,476.19 | $ 1,167.52 |
| 10 | Atlantic Credit & Finance | $ 17,496.71 | $ 2,155.68 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

**UST Form 101-7-NFR (9/1/2009)**

      The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/KAREN R. GOODMAN
                      Trustee

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: cgreen                Page 1 of 2                   Date Rcvd: May 14, 2010
Case: 06-00999                 Form ID: pdf006             Total Noticed: 62

The following entities were noticed by first class mail on May 16, 2010.
db          +Cheri L Albright,    PO Box 31,    Lansing, IL 60438-0031
aty         +Edwin L Feld,    Feld & Korrub, LLC,    29 South LaSalle Street Suite 328,    Chicago, IL 60603-1553
aty         +Karen R Goodman,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
              Chicago, IL 60601-4277
tr          +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
              Chicago, IL 60601-4277
10586310    +ACS,    10965 Decatur Road,    Philadelphia, PA 19154-3210
10586312    +AT&T Universal Card,    PO Box 6406,    The Lakes, NV 88901-6406
10784407    +Amalgamated Bank,    The Bureaus Inc,    1717 Central,    Evanston, IL 60201-1590
10586311    +Amalgamated Bank of Chicago,    One West Monroe,    Chicago, Il 60603-5384
10586314    +Atlantic Credit and Finance,    PO Box 725069,    Atlanta, GA 31139-2069
10586315    +Bowman, Heintz et al,    8605 Broadway,    Merrillville, IN 46410-5598
10586317    +Capital One,    PO Box 790216,    Saint Louis, MO 63179-0216
10586318     Carson Pirie Scott,    PO Box 17633,    Baltimore, MD 21297-1633
10784409    +Carson Pirie Scott,    Attn: Judy Goggins,    331 W. Wisconsin Avenue,    Milwaukee, WI 53203-2295
10586319    +Certegy,    11601 Roosevelt Blvd,    Saint Petersburg, FL 33716-2202
10586320    +Citi Cards,    PO Box 6077,    Sioux Falls, SD 57117-6077
10784410    +Citi Cards,    United Collection Bureau,    P O Box 140190,    Toledo, OH 43614-0190
10975847     Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
10586321    +Citifinancial Auto,    PO Box 210189,    Bedford, TX 76095-7189
10586323    +Direct TV,    PO Box 29079,    Glendale, CA 91209-9079
10586324    +Freedman Anselmo Lindberg and Rappe,    PO Box 3228,    Naperville, IL 60566-3228
10586325    +Gary Kurc,    16162,    S Ellis,    South Holland, IL 60473
10586326    +Haggerty Chevrolet,    425 W Chicago Ave,    East Chicago, IN 46312-3204
10784413    +Household Bank,    c/o Management Service Inc,    P O Box 1099,    Langhorne, PA 19047-6099
10784414    +Household Bank,    c/o NCB,    P O Box 1099,    Langhorne, PA 19047-6099
10586327    +Household Bank,    PO Box 88000,    Baltimore, MD 21288-0001
10784412    +Household Bank,    c/o Atlantic Credit & Finance,    P O Box 13386,    Roanoke, VA 24033-3386
10586328    +Household Bank,    PO Box 80038,    Salinas, CA 93912-0038
10586329    +Household Credit Services,    PO Box 17051,    Baltimore, MD 21297-1051
10784415     J C Penney,    P O Box 533,    Dallas, TX  75521
10586330    +J. Krol and Assoc/Ronald Ostojic,    6287 Central Ave,    Portage, IN 46368-3725
10586331    +Jaros, Tittle & O’Toole limited,    20 N Clark Street,    Suite 510,    Chicago, IL 60602-4364
10586333     Krol, James DDS,    2645 45th Street, Jerra Square,    Highland, IN 46322
10586334    +Law Offices of Johnson and Johnson,    17450 S Halsted Street,    Suite 1 SW,
              Homewood, IL 60430-1939
10586335    +Management Service Inc,    PO Box 1099,    Langhorne, PA 19047-6099
10586336    +Marshall Field’s,    PO Box 94578,    Cleveland, OH 44101-4578
10784416    +Marshall Fields Credit 741,    c/o Dayton Hudson Corp,    Guest Credit Mail Stop 3C-K,
              3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
10586337    +Mike Roy,    1848 Lake Street,    Whiting, IN 46394-1528
10586338    +NCB,    PO Box 1099,    Langhorne, PA 19047-6099
10586339    +NICOR,    PO Box 310,    Aurora, IL 60507-0310
10784417    +Northern Illinois Gas,    Attn: Bankruptcy & Collections,    P O Box 549,    Aurora, IL 60507-0549
10915883    +Park National Bank,    Attn: Mark Eads, Assistant Vice Preside,    11 West Madison,
              Oak Park, Illinois 60302-4203
10586340    +Pediatric Dentistry of NW Indiana,    2833 Lincoln Street,    Highland, IN 46322-1924
10586341    +Regency Savings Bank,    PO Box 3018,    Naperville, IL 60566-7018
10920808    +SMC c/o HSBC Bank Nevada, NA - Carson Pirie Scott,    PO Box 19249,    Sugar Land, TX 77496-9249
10586342    +Sears,    PO Box 182149,    Columbus, OH 43218-2149
10784418    +Sears,    Citi Cards,    P O Box 3671,    Urbandale, IA 50323-0671
10586343    +The Bureaus Inc.,    1717 Central,    Evanston, IL 60201-1590
10586344     Transouth,    PO Box 1437,    Minneapolis, MN 55440
10784419    +Unicorp Federal CU,    Bowman, Heintz et al,    8605 Broadway,    Merrillville, IN 46410-5598
10586345    +Unicorp Federal CU,    1703 Calumet Ave,    Whiting, IN 46394-1414
10586346    +United Collection Bureau,    PO Box 140190,    Toledo, OH 43614-0190
10586347    +University of Chicago Physicians,    PO Box 2139,    Bedford Park, IL 60499-2139
10586348    +Van Ru Credit Corporation,    165 Bishops Way,    Ste 129,    Brookfield, WI 53005-6215
10784405    +West Coast Realty,    Freedman Anselmo Lindberg and Rappe,    P O Box 3228,
              Naperville, IL 60566-3228
10784406    +West Coast Realty,    Jaros, Tittle & O’Toole Limited,    20 N. Clark street, Suite 510,
              Chicago, IL 60602-4364
10586349    +West Coast Realty,    4685 MacArthur Court,    # 300,    Newport Beach, CA 92660-8847
10920293    +West Coast Realty Services Inc,    Belmont Default Services, LLC,    9924 Poole Avenue,
              Shadow Hills, CA 91040-1336

The following entities were noticed by electronic transmission on May 14, 2010.
10586313    +E-mail/Text: ACF-EBN@acf-inc.com                           Atlantic Credit & Finance,
              PO Box 13386,    Roanoke, VA 24033-3386
10586322    +E-mail/Text: legalcollections@comed.com                           ComEd,    Bill Payment Center,
              Chicago, IL 60668-0001
10784411    +E-mail/Text: legalcollections@comed.com                           ComEd Company,
              Customer Care Center Building,    Attn: Revenue Management Dept,    2100 Swift Drive,
              Oak Brook, IL 60523-1559
10586332    +E-mail/PDF: gecsedi@recoverycorp.com May 15 2010 00:12:12      JC Penney,    PO Box 981131,
              El Paso, TX 79998-1131
10924513    +E-mail/PDF: rmscedi@recoverycorp.com May 15 2010 00:12:33
              Recovery Management Systems Corporation,    For GE Money Bank,    dba WAL-MART,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 5
```

```
District/off: 0752-1          User: cgreen              Page 2 of 2              Date Rcvd: May 14, 2010
Case: 06-00999                Form ID: pdf006           Total Noticed: 62

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10586316      Bryan Albright
10784408*    +Capital One,   P O Box 790216,   Saint Louis, MO 63179-0216
                                                                                           TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2010**                    **Signature:**     *Joseph Speetjens*