**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ALBRIGHT, CHERI L § | Case No. 06-00999 |
| ALBRIGHT, CHERYL § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $5,000.00 |
| Total Distribution to Claimants: $53,899.52 | Claims Discharged Without Payment: $62,947.34 |
| Total Expenses of Administration: $13,168.38 | |

3) Total gross receipts of $ 79,633.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $79,633.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $60,385.57 | $47,820.31 | $47,820.31 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,900.04 | 13,168.38 | 13,168.38 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 60,600.00 | 49,326.55 | 49,326.55 | 6,079.21 |
| **TOTAL DISBURSEMENTS** | $60,600.00 | $127,612.16 | $110,315.24 | $67,067.90 |

    4) This case was originally filed under Chapter 7 on February 06, 2006.
. The case was pending for 55 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2010          By: /s/KAREN R. GOODMAN
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| INCORRECT AMOUNT ENTERED IN ORIGINAL DEPOSIT | 1110-000 | -0.26 |
| PROPERTY AT 18260 ADA, LANSING | 1110-000 | 79,500.00 |
| Interest Income | 1270-000 | 133.42 |
| **TOTAL GROSS RECEIPTS** | | **$79,633.16** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PARK NATIONAL BANK | 4110-000 | N/A | 46,194.50 | 46,194.50 | 46,194.50 |
| WEST COAST SERVICING | 4110-000 | N/A | 12,565.26 | 0.00 | 0.00 |
| COUNTY OF COOK | 4700-000 | N/A | 1,625.81 | 1,625.81 | 1,625.81 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$60,385.57** | **$47,820.31** | **$47,820.31** |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 7,231.66 | 2,500.00 | 2,500.00 |
| KAREN R. GOODMAN | 2200-000 | N/A | 35.50 | 35.50 | 35.50 |
| SHEFSKY & FROELICH LTD. | 3110-000 | N/A | 4,000.00 | 4,000.00 | 4,000.00 |
| ALAN D. LASKO | 3410-000 | N/A | 1,644.30 | 1,644.30 | 1,644.30 |
| ALAN D. LASKO | 3420-000 | N/A | 11.24 | 11.24 | 11.24 |
| CHICAGO TITLE & TRUST | 2500-000 | N/A | 2,660.50 | 2,660.50 | 2,660.50 |
| COLDWELL BANKER | 3510-000 | N/A | 2,261.25 | 2,261.25 | 2,261.25 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 14.46 | 14.46 | 14.46 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 15.11 | 15.11 | 15.11 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 11.51 | 11.51 | 11.51 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 14.51 | 14.51 | 14.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 17,900.04 | 13,168.38 | 13,168.38 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Krol, James DDS | 7100-000 | 1,700.00 | 1,196.85 | 1,196.85 | 147.50 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 140.40 | 140.40 | 17.30 |
| Gary Kurc | 7100-000 | 6,400.00 | 6,270.00 | 6,270.00 | 772.74 |
| Amalgamated Bank of Chicago | 7100-000 | 2,600.00 | 2,468.05 | 2,468.05 | 304.17 |
| Citibank/ CHOICE | 7100-000 | unknown | 12,278.35 | 12,278.35 | 1,513.24 |
| Unicorp Federal CU | 7100-000 | 11,000.00 | 9,476.19 | 9,476.19 | 1,167.89 |
| Atlantic Credit & Finance | 7100-000 | 19,200.00 | 17,496.71 | 17,496.71 | 2,156.37 |
| Mike Roy | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| Household Bank | 7100-000 | 11,000.00 | N/A | N/A | 0.00 |
| Sears | 7100-000 | 4,100.00 | N/A | N/A | 0.00 |
| Law Offices of Johnson and Johnson | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| JC Penney | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 60,600.00 | 49,326.55 | 49,326.55 | 6,079.21 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-00999  
**Case Name:** ALBRIGHT, CHERI L  
ALBRIGHT, CHERYL  
**Period Ending:** 09/01/10

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 02/06/06 (f)  
**§341(a) Meeting Date:** 04/05/06  
**Claims Bar Date:** 12/07/06

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | PROPERTY AT 18260 ADA, LANSING AMENDED SCHEDULE C TO WITHDRAW HOMESTEAD EXEMPTION | 160,000.00 | 62,000.00 | | 79,500.00 | FA |
| 2 | CASH ON HAND | 50.00 | 50.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS | 200.00 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS | 200.00 | 200.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | Unknown | | 0.00 | FA |
| 6 | WEARING APPAREL AND JEWELRY | 250.00 | 0.00 | | 0.00 | FA |
| 7 | JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 8 | EXERCISE EQUIPMENT | 500.00 | 200.00 | | 0.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES-'01 CHEVY VENTURE | 7,500.00 | 0.00 | | 0.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES-'98 POPUP CAMPER | 750.00 | 0.00 | | 0.00 | FA |
| 11 | ANTICIPATED TAX REFUD | 3,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 133.42 | FA |
| 12 | Assets    Totals (Excluding unknown values) | **$173,950.00** | **$62,450.00** | | **$79,633.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

REVIEW CLAIMS; FILE TFR.

**Initial Projected Date Of Final Report (TFR):**     March 31, 2008          **Current Projected Date Of Final Report (TFR):**     May 13, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 06-00999  
**Case Name:** ALBRIGHT, CHERI L  
ALBRIGHT, CHERYL  
**Taxpayer ID #:** **-***7659  
**Period Ending:** 09/01/10  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****87-65 - Money Market Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/19/06 | | CHICAGO TITLE & TRUST COMPANY | SALE OF PROPERTY--18260 S. ADA, LANSING | | | 14,192.68 | | 14,192.68 |
| | {1} | CHICAGO TITLE & TRUST COMPANY | | 79,500.00 | 1110-000 | | | 14,192.68 |
| | | CHICAGO TITLE & TRUST | CLOSING COSTS | -2,660.50 | 2500-000 | | | 14,192.68 |
| | | PARK NATIONAL BANK | 1ST MORTGAGE | -46,194.50 | 4110-000 | | | 14,192.68 |
| | | WEST COAST SERVICING | SECOND MORTGAGE | -12,565.26 | 4110-000 | | | 14,192.68 |
| | | COLDWELL BANKER | BROKER'S COMMISSION | -2,261.25 | 3510-000 | | | 14,192.68 |
| | | COUNTY OF COOK | COOK COUNTY REAL ESTATE TAXES | -1,625.81 | 4700-000 | | | 14,192.68 |
| 12/21/06 | | CHICAGO TITLE & TRUST COMPANY | INCORRECT AMOUNT ENTERED IN ORIGINAL DEPOSIT | | 1110-000 | -0.26 | | 14,192.42 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 2.79 | | 14,195.21 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 9.46 | | 14,204.67 |
| 02/06/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/06/2007 FOR CASE #06-00999 | | 2300-000 | | 14.46 | 14,190.21 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 7.07 | | 14,197.28 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 7.58 | | 14,204.86 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 7.83 | | 14,212.69 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 7.84 | | 14,220.53 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 7.34 | | 14,227.87 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 8.10 | | 14,235.97 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 7.85 | | 14,243.82 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 7.09 | | 14,250.91 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 8.37 | | 14,259.28 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | | 1270-000 | 7.41 | | 14,266.69 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | | 1270-000 | 7.26 | | 14,273.95 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | | 1270-000 | 6.52 | | 14,280.47 |
| 02/05/08 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2008 FOR CASE #06-00999, CHAPTER 7 BLANKET BOND INLLINOIS - CHICAGO - NORTHERN DISTRICT | | 2300-000 | | 15.11 | 14,265.36 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | | 1270-000 | 2.92 | | 14,268.28 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 2.65 | | 14,270.93 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 1.99 | | 14,272.92 |

Subtotals: $14,302.49    $29.57

{} Asset reference(s)

Printed: 09/01/2010 01:10 PM    V.12.52

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-00999  
**Case Name:** ALBRIGHT, CHERI L  
ALBRIGHT, CHERYL  
**Taxpayer ID #:** **-***7659  
**Period Ending:** 09/01/10

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****87-65 - Money Market Account  
**Blanket Bond:** $61,494,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.78 | | 14,274.70 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.81 | | 14,276.51 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.81 | | 14,278.32 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.69 | | 14,280.01 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.87 | | 14,281.88 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.55 | | 14,283.43 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.12 | | 14,284.55 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.01 | | 14,285.56 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 14,286.14 |
| 02/06/09 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #06-00999, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 11.51 | 14,274.63 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 14,275.17 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 14,275.79 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 14,276.37 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 14,276.93 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 14,277.55 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 14,278.15 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 14,278.75 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 14,279.33 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 14,279.91 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 14,280.51 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 14,281.11 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 14,281.67 |
| 02/04/10 | 1004 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #06-00999, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond II Voided on 02/04/10 | 2300-000 | | 14.51 | 14,267.16 |
| 02/04/10 | 1004 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #06-00999, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond II Voided: check issued on 02/04/10 | 2300-000 | | -14.51 | 14,281.67 |
| 02/04/10 | 1005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #06-00999, Bond #016026455 | 2300-000 | | 14.51 | 14,267.16 |

Subtotals :  $20.26    $26.02

{} Asset reference(s)

Printed: 09/01/2010 01:10 PM    V.12.52

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| **Case Number:** | 06-00999 | | **Trustee:** | KAREN R. GOODMAN (520191) |
| **Case Name:** | ALBRIGHT, CHERI L | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | ALBRIGHT, CHERYL | | **Account:** | ***-*****87-65 - Money Market Account |
| **Taxpayer ID #:** | **-***7659 | | **Blanket Bond:** | $61,494,000.00 (per case limit) |
| **Period Ending:** | 09/01/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 14,267.70 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.64 | | 14,268.34 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.36 | | 14,268.70 |
| 04/20/10 | | Wire out to BNYM account 9200******8765 | Wire out to BNYM account 9200******8765 | 9999-000 | -14,268.70 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 55.59 | 55.59 | $0.00 |
| | | | Less: Bank Transfers | | -14,268.70 | 0.00 | |
| | | | **Subtotal** | | 14,324.29 | 55.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,324.29** | **$55.59** | |

{} Asset reference(s)          Printed: 09/01/2010 01:10 PM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 06-00999 | | **Trustee:** | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| **Case Name:** | ALBRIGHT, CHERI L | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | ALBRIGHT, CHERYL | | **Account:** | ***-*****87-66 - Checking Account |
| **Taxpayer ID #:** | **-***7659 | | **Blanket Bond:** | $61,494,000.00  (per case limit) |
| **Period Ending:** | 09/01/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 09/01/2010 01:10 PM    V.12.52

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 06-00999  
**Case Name:** ALBRIGHT, CHERI L  
ALBRIGHT, CHERYL  
**Taxpayer ID #:** **-***7659  
**Period Ending:** 09/01/10

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******87-65 - Money Market Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8765 | Wire in from JPMorgan Chase Bank, N.A. account ********8765 | 9999-000 | 14,268.70 | | 14,268.70 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 14,269.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.84 | | 14,269.84 |
| 06/16/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.41 | | 14,270.25 |
| 06/16/10 | | To Account #9200******8766 | FUNDS TRANSFER FOR DISTRIBUTION TO CREDITORS PER COURT ORDER OF JUNE 15, 2010 | 9999-000 | | 14,270.25 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **14,270.25** | **14,270.25** | **$0.00** |
| Less: Bank Transfers | | 14,268.70 | 14,270.25 | |
| **Subtotal** | | **1.55** | **0.00** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$1.55** | **$0.00** | |

{} Asset reference(s)

Printed: 09/01/2010 01:10 PM   V.12.52

Exhibit 9

## Form 2

Page: 6

### Cash Receipts And Disbursements Record

**Case Number:** 06-00999
**Case Name:** ALBRIGHT, CHERI L
ALBRIGHT, CHERYL
**Taxpayer ID #:** **-***7659
**Period Ending:** 09/01/10

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******87-66 - Checking Account
**Blanket Bond:** $61,494,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/10 | | From Account #9200******8765 | FUNDS TRANSFER FOR DISTRIBUTION TO CREDITORS PER COURT ORDER OF JUNE 15, 2010 | 9999-000 | 14,270.25 | | 14,270.25 |
| 06/16/10 | 10101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 6/15/10 | 3420-000 | | 11.24 | 14,259.01 |
| 06/16/10 | 10102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 6/15/10 | 3410-000 | | 1,644.30 | 12,614.71 |
| 06/16/10 | 10103 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED 6/15/10 | 2200-000 | | 35.50 | 12,579.21 |
| 06/16/10 | 10104 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 6/15/10 | 2100-000 | | 2,500.00 | 10,079.21 |
| 06/16/10 | 10105 | SHEFSKY & FROELICH LTD. | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 6/15/10 | 3110-000 | | 4,000.00 | 6,079.21 |
| 06/16/10 | 10106 | Krol, James DDS | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 | 7100-000 | | 147.50 | 5,931.71 |
| 06/16/10 | 10107 | Recovery Management Systems Corporation | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED 6/15/10 | 7100-000 | | 17.30 | 5,914.41 |
| 06/16/10 | 10108 | Gary Kurc | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED 6/15/10 | 7100-000 | | 772.74 | 5,141.67 |
| 06/16/10 | 10109 | Amalgamated Bank of Chicago | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER DATED 6/15/10 | 7100-000 | | 304.17 | 4,837.50 |
| 06/16/10 | 10110 | Citibank/ CHOICE | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER DATED 6/15/10 | 7100-000 | | 1,513.24 | 3,324.26 |
| 06/16/10 | 10111 | Atlantic Credit & Finance | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 10 PER COURT ORDER DATED 6/15/10 | 7100-000 | | 2,156.37 | 1,167.89 |
| 06/16/10 | 10112 | Unicorp Federal CU | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 9 PER COURT ORDER DATED 6/15/10 | 7100-000 | | 1,167.89 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,270.25 | 14,270.25 | $0.00 |
| | | | Less: Bank Transfers | | 14,270.25 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 14,270.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$14,270.25** | |

{} Asset reference(s)

Printed: 09/01/2010 01:10 PM   V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 06-00999
**Case Name:** ALBRIGHT, CHERI L
ALBRIGHT, CHERYL
**Taxpayer ID #:** **-***7659
**Period Ending:** 09/01/10

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******87-66 - Checking Account
**Blanket Bond:** $61,494,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****87-65 | 14,324.29 | 55.59 | 0.00 |
| Checking # ***-*****87-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******87-65 | 1.55 | 0.00 | 0.00 |
| Checking # 9200-******87-66 | 0.00 | 14,270.25 | 0.00 |
| | $14,325.84 | $14,325.84 | $0.00 |

{} Asset reference(s)

Printed: 09/01/2010 01:10 PM   V.12.52